STATE OF CONNECTICUT *v.* HARRY HADDAD

In the absence of compliance with the provisions of § 694 of the Practice Book as amended, the motion of the defendant for a reduction of bond pending his appeal is dismissed. See *State* v. *Townsend,* 160 Conn. 587, 274 A.2d 883; *State* v. *Clark,* 160 Conn. 555, 274 A.2d 451.

*Harry Haddad,* pro se, in support of the motion.

Submitted June 1—decided July 9, 1971

ANDREW ROSSETTI *v.* CITY OF NEW BRITAIN

On the plaintiff's motion from the Superior Court in New Haven County at Waterbury for an order regarding the filing of appeal briefs, it is ordered, pursuant to the provisions of Practice Book § 724, that the defendant-appellant shall first file its brief, after which the plaintiff-appellee and cross-appellant shall file his brief as such appellee and cross-appellant. Thereafter, the defendant may file a reply brief.

*Herbert Watstein,* in support of the motion.

Submitted June 20—decided July 9, 1971

STATE OF CONNECTICUT *v.* PETER L. VAN CAMP

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Stephen R. Reitman,* in support of the petition.